UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISE PARIS, LTD., a New York corporation; *et al*.<br><br>Defendants. | Case No.: 2:17-cv-06540-SVW (JPRx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE**<br><br>JS-6 |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.     The entire action is hereby dismissed *without prejudice* against the Defendants, Louise Paris, Ltd. ("Louise Paris) and Rainbow USA, Inc., a New York corporation, incorrectly sued herein as Rainbow USA, Inc. a Delaware corporation, and/or its affiliates ( collectively hereinafter referred to as  "Rainbow"), and all Does, together with all claims and/or causes of action arising therefrom;

2.     This dismissal of the action *without* prejudice may be converted to a

1

dismissal *with* prejudice at a later date; and

      3.    Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with the action.

      <u>IT IS SO ORDERED</u>.

Date: April 19, 2018        By: _____

                      HON. STEPHEN V. WILSON
                      UNITED STATES DISTRICT JUDGE